IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALJAY MICHAEL BIGHAIR,<br><br>Defendant. | CR 19-125-BLG-DLC-TJC<br><br>**ORDER VACATING CHANGE OF PLEA HEARING** |

Defendant has filed a motion to vacate the change of plea hearing. (Doc. 19.) Defendant indicates he wishes to proceed to trial. Accordingly, IT IS HEREBY ORDERED that the change of plea hearing currently set for December 10, 2019 at 9:00 a.m. is VACATED.

DATED this 4th day of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge